UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COSTA BROTHERS MASONRY, INC.,

Plaintiff

v.

PROMAC, INC. and UNITED STATES FIDELITY AND GUARANTY COMPANY,

Defendants.

Civil Action No. CA 02-381 S

**NOTICE OF APPEARANCE**

To the Clerk of this Court:

Please enter my appearance as counsel in this case for Untied States Fidelity and Guaranty Company.

Respectfully submitted,

UNITED STATES FIDELITY AND GUARANTY COMPANY
By its attorneys,

CharCretia V. Di Bartolo, (#5862)
HINSHAW & CULBERTSON, LLP
127 Dorrance St.,
Providence, RI 02903
(401) 454-7700
(401) 454-8055 (fax)

Dated: December 15, 2005

I hereby certify that on this 15th day of Dec., 2005, I served the foregoing document by causing a copy of same to be mailed postage prepaid, hand delivered to all counsel of record.

CharCretia DiBartolo