UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Civil Action No. CA 02-381 S

COSTA BROTHERS MASONRY, INC.,
Plaintiff

v.

PROMAC, INC. and
UNITED STATES FIDELITY AND
GUARANTY COMPANY,
Defendants

FILED
DEC 19 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**NOTICE OF WITHDRAWAL OF COUNSEL**

I, Amato J. Bocchino, Jr., withdraw as counsel for United States Fidelity & Guaranty Company in the above-captioned matter. There are no pending motions before the Court.

Defendant:
UNITED STATES FIDELITY & GUARANTY COMPANY
By its attorney:

Amato J. Bocchino, Jr., Esq. *Pro Hac Vice*
Bernkopf Goodman LLP
125 Summer Street, 13th floor
Boston, Massachusetts 02110
Phone: (617) 790-3000
Fax: (617) 790-3300

#328642 v1/36432/105

I hereby certify that on this 15th day of December, 2005, I served the foregoing document by causing a copy of same to be mailed, postage prepaid, hand delivered to all counsel of record.

MarCretia DiBartolo