RECEIVED
DEC 28 2005
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

COSTA BROTHERS MASONRY, INC.
Plaintiff

v. C.A. No. 02-381 S

PROMAC, INC. and
UNITED STATES FIDELITY AND
GUARANTY COMPANY
Defendants

STIPULATION SUBSTITUTING COUNSEL FOR PROMAC, INC.

Charles S. Kirwan, the undersigned attorney of record for Promac, Inc., hereby withdraws from any further representation of Promac, Inc. in this action, and by this stipulation Jules J. D'Alessandro, Esquire enters his appearance on behalf of Promac, Inc. Counsel of record for the remaining parties to this action have indicated that they have no objection to this substitution of counsel.

STIPULATED AND AGREED TO:

Jules J. D'Alessandro (4750)
ROMANO, SPINELLA
D'ALESSANDRO & WRIGHT
1000 Smith Street
Providence, RI 02903
(401) 454-1200
(401) 454-1201 fax

Charles S. Kirwan (4050)
CHARLES S. KIRWAN & ASSOCIATES
204 King Philip Street
Providence, RI 02909-5751
(401) 272-6800
(401) 272-6875 fax

ENTER WEM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 1/5/06

SCANNED

**CERTIFICATION**

I, Charles S. Kirwan, hereby certify that on this 14th day of December 2005, I caused a true and complete copy of the foregoing to be mailed first class, postage prepaid to the following counsel of record and to Promac's named corporate officers:

Amato J. Bocchino, Esquire
BERNKOPF, GOODMAN & BASEMAN LLP
125 Summer Street
Boston, MA 02110-1621

Thomas W. Heald, Esquire
Roger N. LeBouef, Esquire
HEALD & LeBOUEF
58 Weybosset Street
Providence, RI 02903

Jules J. D'Alessandro, Esquire
ROMANO, SPINELLA,
D'ALESSANDRO & WRIGHT
1000 Smith Street
Providence, RI 02903

Promac, Inc. (Via Fax 765-5780)
c/o Anthony A. Geruso, President
c/o Maureen J. Myette, Treasurer
23 Clinton Street
Woonsocket, RI 02895

Daniel S. Crocker, Esquire
PARTRIDGE, SNOW & HAHN
180 South Main Street
Providence, RI 02903