UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Civil Action No. CA 02-381 S

COSTA BROTHERS MASONRY, INC.,
Plaintiff

v.

PROMAC, INC. and
UNITED STATES FIDELITY AND
GUARANTY COMPANY,
Defendants

**NOTICE OF WITHDRAWAL OF COUNSEL**

I, Peter B. McGlynn, withdraw as counsel for United States Fidelity & Guaranty Company in the above-captioned matter. There are no pending motions before the Court.

Defendant:
UNITED STATES FIDELITY & GUARANTY COMPANY
By its attorney:

2-1-06

Peter B. McGlynn
Bernkopf Goodman LLP
125 Summer Street, 13th floor
Boston, Massachusetts 02110
Phone: (617) 790-3000
Fax: (617) 790-3300

#331649 v1/36432/105

I hereby certify that on this 3rd day of Feb, 2006, I served the foregoing document by causing a copy of same ~~to be mailed, postage prepaid, hand~~ delivered to all counsel of record.

Claudia DiBartolo