UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
FEB 06 2006
Property of U.S. District Court
District of Rhode Island

COSTA BROTHERS MASONRY, INC. )
)
vs. ) CIVIL ACTION NO. 02-381S
)
PROMAC, INC. and )
UNITED STATES FIDELITY AND )
GUARANTY COMPANY )

DISMISSAL STIPULATION AGREEMENT
AND DISMISSAL STIPULATION

The parties to the above-noted matter hereby agree as follows:

WHEREAS, Plaintiff Costa Brothers Masonry, Inc. ("Costa") filed this action against Defendants Promac, Inc. ("Promac") and United States Fidelity And Guaranty Company ("USF&G") in Providence County Superior Court on or about June 25, 2002 and;

WHEREAS, Costa has alleged counts against Promac for breach of contract and quantum meruit, and has sought to recover on a labor and material payment bond furnished by USF&G ("bond"), with respect to a construction project known as "Robinson Elementary School, Robinson & Winthrop Streets, Woonsocket, RI" ("project") and;

WHEREAS, USF&G removed this case to this Court on or about August 29, 2002 and;

WHEREAS, this case has been stayed by order of this Court pending the arbitration proceeding between Costa, Promac and USF&G, American Arbitration Association Case No. 11 110 03262 02 ("Costa / Promac arbitration") and;

WHEREAS the Costa / Promac arbitration has been held in abeyance by the American Arbitration Association pending a separate arbitration proceeding involving Promac, the Woonsocket Education Department and USF&G, American Arbitration Association Case No. 11 110 Y 00297 01 Promac, Inc. and Woonsocket Education Department ("Promac/City arbitration") and;

WHEREAS, this case would be expected to remain on the Court's docket for a considerable period of time absent appropriate agreement of the parties and;

WHEREAS, in the interest of judicial economy, in order to remove this case from the Court's docket while at the same time preserving Costa's rights against Promac and USF&G, the parties hereby stipulate and agree as follows.

1. This case is hereby dismissed without prejudice, no interest, no costs.

2. USF&G and Promac agree that Costa has complied with the provisions of the Rhode Island

Public Works Arbitration Act, R.I. Gen. Laws sec. 37-16-27, regarding the filing of suit against the surety within the time limits set forth in sec. 37-12-2 and sec. 37-12-5. The merits of Costa's claims against Promac and USF&G and ~~USF&G's counterclaim~~ against Costa remain in dispute. The dismissal of this action shall not be a defense in the arbitration or in any subsequent legal proceedings to Costa's claims against Promac and USF&G.

Costa Brothers Masonry, Inc.
By its Attorney,

Thomas W. Heald, Reg. #1694

Roger N. LeBoeuf, Esq. Reg. #5208
HEALD & LEBOEUF, LTD.
606 Old Colony House
58 Weybosset Street
Providence RI 02903
(401) 421-1500 telephone
(401) 331-5886 facsimile

Promac, Inc.
By its Attorney,

Jules J. D'Alessandro, Reg.# 4750
Romano, Spinella, D'Alessandro & Wright
1000 Smith Street
Providence, RI 02908

United States Fidelity And Guaranty Company

Charcretia V. Di Bartolo, Reg. # 5862
Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA 02110
(617) 213-7000 (telephone)
(617) 213-7001 (facsimile)

Dated: February 6, 2006

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 2/7/06